# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ROBERT TEBELMAN,

                Petitioner,              :    Case No. 1:24-cv-382

   - vs -                           District Judge Douglas R. Cole
                                     Magistrate Judge Michael R. Merz

MICHAEL DEMARTINO,
  WARDEN, London Correctional
  Institution,

                                      :
          Respondent.

---

# ORDER WITHDRAWING REPORT AND ORDERING PETITIONER
# TO FILE A REPLY TO THE RETURN OF WRIT

---

This is a habeas corpus action under 28 U.S.C. §2254 in which Petitioner is represented by counsel.  The case is before the Magistrate Judge upon recommittal by District Judge Cole (ECF No. 22).

Having reconsidered the case in light of Petitioner's counseled Objections, the Magistrate Judge concludes the issues raised by the Return of Writ require further briefing.  Accordingly, the Report and Recommendations (ECF No. 18) is WITHDRAWN.  Petitioner is ordered to file a reply to Respondent's Return of Writ responding to each argument or defense raised therein not later than March 6, 2025.

February 13, 2025.

                                        s/ *Michael R. Merz*
                               United States Magistrate Judge